IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**BRIDGETTE CROWELL,**<br><br>*Defendant.* | Case No.<br><br>VIOLATION:<br><br>18 U.S.C. § 1349 (Conspiracy) |

# INFORMATION

The United States of America charges that:

### COUNT ONE
### (Conspiracy)

From on or about January 2018 through on or about December 2023, in the District of Columbia and elsewhere, the defendant,

**BRIDGETTE CROWELL**,

with others known and unknown, did knowingly and unlawfully conspire, confederate, and agree together and with each other to devise and intend to devise and execute a scheme and artifice to: (i) defraud the District of Columbia of money and property by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1343; and (ii) defraud and deprive the District of Columbia and the District's citizens of the honest services of a public official through bribery and kickbacks, in violation of Title 18, United States Code, Sections 1343 and 1346.

(In violation of Title 18, United States Code, Section 1349).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A); and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One of the Information, the defendant,

**BRIDGETTE CROWELL**,

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 982(a)(2)(A); and Title 28, United States Code, Section 2461(c).

### SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The following specific property is subject to forfeiture:

1) A black Ford Bronco Sport purchased in October 2021 and bearing Maryland license plate No. 8EV9008.

### MONEY JUDGMENT

In the event of conviction, the United States may seek a money judgment equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

### SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(Pursuant to Title 18, United States Code, Section 982(a)(2)(A), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

MATTHEW M. GRAVES
United States Attorney

By:  */s/ Timothy Visser*
Timothy Visser (DC Bar No. 1028375)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
timothy.visser@usdoj.gov
(202) 252-2590

3